UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Debra Davis,

                    Plaintiff

v.

Caesar Entertainment d/b/a Flamingo Hotel and Casino,

                    Defendant

Case No. 2:25-cv-02470-CDS-DJA

**Order Granting Defendant's
Unopposed Motion to Partially Dismiss**

[ECF No. 6]

This is an employment dispute action brought by plaintiff Debra Davis, against Caesar Entertainment d/b/a Flamingo Hotel and Casino. *See* Compl., ECF No. 1-2. The defendant moves to dismiss this action in part. Mot., ECF No. 6. Specifically, the defendant seeks dismissal of the wrongful termination claim. *Id.* at 2. The deadline to respond to the motion was January 6, 2026. *See* Min. order, ECF No. 8 (stating that any opposition to the motion is due 14 days from the date of the minute order). The January 6th deadline passed without any response, leaving the motion to dismiss unopposed.

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion to partially dismiss as consent to granting the motion. So the wrongful termination claim is dismissed.

IT IS THEREFORE ORDERED that defendant's motion to partially dismiss **[ECF No. 6]** is GRANTED; therefore, the wrongful termination claim is **dismissed without prejudice**.

Dated: January 13, 2026

_____
Cristina D. Silva
United States District Judge