Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Caesar Entertainment, Inc.,
d/b/a Flamingo Hotel and Casino*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DEBRA A. DAVIS,<br><br>               Plaintiff,<br><br>   vs.<br><br>CAESAR ENTERTAINMENT, INC., d/b/a FLAMINGO HOTEL AND CASINO,<br><br>          Defendant. | Case No.:  2:25-cv-02470-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Caesar Entertainment, Inc., d/b/a Flamingo Hotel and Casino ("Defendant") and Plaintiff Debra A. Davis ("Plaintiff") (collectively the "Parties"), by and through undersigned counsel, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's First Amended Complaint ("FAC") (ECF No. 22). Defendant's response to Plaintiff's FAC is currently due April 20, 2026. The parties stipulate to a one-week extension of time up to and including **Monday, April 27, 2026**, for Defendant to respond to the FAC.  Defendant requires additional time to investigate the new allegations asserted in Plaintiff's First Amended Complaint to ensure a complete and accurate response. This is the Parties' first formal request for an extension of time.

/ / /

- 1 -

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 20th day of April, 2026.

DATED this 20th day of April, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Debra A. Davis*

Debra A. Davis
3145 E. Flamingo Rd.
Apt. 2032
Las Vegas, NV 89121

*In Pro per*

/s/ *Alina Krauff*

Anthony L. Martin
Nevada Bar No. 8177
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Caesar Entertainment, Inc., d/b/a Flamingo Hotel and Casino*

IT IS SO ORDERED.

**ORDER**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/21/2026

- 2 -